

FILED
CLERK, U.S. DISTRICT COURT

APR 24 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Youngkil Kim, DEFENDANT(S). | CASE NUMBER 13-mj-1186 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _4/29/13_, _____, at _2:30_ ☐ a.m. / ☒ p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
  (Other custodial officer)

Dated: _4/24/13_            _[signature]_
                    U.S. District Judge/Magistrate Judge